UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| GARY ORAM, JR., | Case No. CV-15-047-BU-BMM |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| THE CITY OF DILLON, CETH HAGGARD, JEREMY ALVAREZ, AND JACOB JOHNSON, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_ Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED: All claims are dismissed against Defendants Ceth Haggard, Jeremy Alvarez, and the City of Dillon, with prejudice; and all claims are dismissed against Defendant Jacob Johnson without prejudice.

Dated this 23rd day of August, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk