IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GARY ORAM, JR., | CV-15-47-BU-BMM |
| Plaintiff, | |
| vs. | |
| | ORDER |
| THE CITY OF DILLON, CETH HAGGARD, JEREMY ALVAREZ, and JACOB JOHNSON, | |
| Defendants. | |

The Court dismissed with prejudice Plaintiff Gary Oram, Jr.'s claims against Defendants Ceth Haggard, Jeremy Alvarez, and the City of Dillion on August 23, 2017. (Doc. 145 at 2.) The Court further dismissed without prejudice all of Oram's claims against Defendant Johnson. *Id.* The Court subsequently denied Oram's Motion for Relief from Final Judgment (Doc. 149). The Court likewise denied Oram's Motion for Relief in Equity (Doc. 157) on January 9, 2018. (Doc. 162 at 7.) The Court imposed taxation of costs against Oram in the amounts of $1,077.75 and $647.70 on January 9, 2018. (Docs. 163, 164.) Oram filed a Notice of Appeal to the Ninth Circuit on January 16, 2018. (Doc. 165.)

Oram filed a Motion for Order to Deposit, with this Court, on December 4,

2018. (Doc. 171.) Oram sought an order allowing him to deposit a security bond with the Court to satisfy temporarily the taxation of costs imposed against Oram while Oram's case was on appeal to the Ninth Circuit. *Id*. at 2. Attorneys fees were calculated as part of the Court's taxation of costs pursuant to Magistrate Judge Jeremiah Lynch's June 8, 2016, Order. (Docs. 61, 164.) Oram appealed Judge Lynch's disposition on various discovery motions in this matter. *See* (Doc. 173 at 3.)

The Ninth Circuit affirmed the Court's grant of summary judgment as to Oram's unlawful arrest claim, excessive force claim, equal protection claim, conspiracy claim, and *Monell* claim on February 27, 2019. *Id*. at 2-3. The Ninth Circuit likewise determined that the magistrate judge did not abuse its discretion in its disposition of various discovery motions, and that the magistrate judge properly exercised its jurisdiction in ruling on various non-dispositive motions. *Id*. at 3. The Ninth Circuit's February 27, 2019, judgment in this matter became effective on June 5, 2019. (Doc. 175.) Oram's motion is moot.

Accordingly, IT IS ORDERED that Oram's Motion for Order to Deposit (Doc. 171) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Court's taxation of costs as contained in Documents 163 and 164 remain imposed against Oram. Oram shall pay taxation of costs in the amount of $ 1,077.75 to Defendants Ceth Haggard and Jeremy

Alvarez. (Doc. 163.) Oram shall pay taxation of costs in the amount of $654.70 to

Defendant City of Dillon. (Doc. 164.)

DATED this 10th day of June, 2019.


Brian Morris
United States District Court Judge